JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY SHERMAN, an individual, | Case No. 8:22-cv-01781-JWH-ADS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PEPPERIDGE FARM, INC., a Connecticut corporation; and DOES 1 to 50, inclusive, | |
| Defendants. | |

Pursuant to the "Order Granting Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint [ECF No. 38]" filed substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332.

2. The operative pleading is the Third Amended Complaint [ECF No. 37] of Plaintiff Tony Sherman.

3. Fictitiously named Defendants Does 1 to 50, inclusive are **DISMISSED**.

4. Defendant Pepperidge Farm, Inc. shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff Tony Sherman. Plaintiff Tony Sherman shall take nothing by way of his Third Amended Complaint.

5. The Third Amended Complaint is **DISMISSED without leave to amend**.

6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 17, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE